# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-40067
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 13, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RODRIGO ESCOBEDO-CORONADO,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:16-CR-1311-1

Before BENAVIDES, HIGGINSON, and ENGELHARDT, Circuit Judges.
PER CURIAM:*

Rodrigo Escobedo-Coronado appeals his 84-month sentence imposed following his guilty plea conviction for illegal reentry.  He argues on appeal that the district court erred by imposing a 16-level enhancement under the crime of violence provision of U.S.S.G. § 2L1.2(b)(1)(A)(ii) (2015).  Escobedo-Coronado contends that Texas aggravated assault is broader than generic aggravated assault.  He concedes that his argument is foreclosed by *United*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-40067

*States v. Guillen-Alvarez*, 489 F.3d 197 (5th Cir. 2007), but he argues that *Guillen-Alvarez* is contrary to other circuit decisions on this issue.  This court is bound by its own precedent unless and until it is altered by the Supreme Court.  *See Wicker v. McCotter*, 798 F.2d 155, 157-58 (5th Cir. 1986). Accordingly, the district court's judgment is AFFIRMED.